

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2017

No. 04-17-00199-CR

Emmanuel Gerardo **GALINDO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3792A
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 24, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court